UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

FRANCESCO PAUL AVALLONE

and

ANNUNZIATA AVALLONE

    Debtors

Case No. 6:09-bk-08484-KSJ

**ORDER GRANTING MOTION FOR RELIEF FROM STAY**

THIS CAUSE came on for consideration pursuant to the (Docket # 12) Motion for Relief from Stay filed by Creditor, SunTrust Bank, in the above-styled cause. The Court, having considered said Motion is of the opinion that it is appropriate to enter an Order on such Motion for Relief from Stay. It is therefore,

ORDERED, ADJUDGED AND DECREED as follows:

1. The Motion for Relief From Stay filed by Creditor, SUNTRUST BANK, be and hereby granted.

2. The automatic stay provided by 11 U.S.C. 362 be and hereby is modified as to SUNTRUST BANK, its successors and assigns to permit the Movant to continue its mortgage foreclosure action in state court against real property, the legal description of which is described as follows:

> Lots 6, 7, 15 and 16, Block 28, KATHRYN PARK ADDITION NUMBER ONE, according to the plat thereof, as recorded in Plat Book 5, Pages 63 through 69, Public Records of

Seminole County, Florida, LESS beginning at the Northeast corner of Lot 16, Block 28, KATHRYN PARK ADDITION NUMBER ONE, run North 78 degrees 07 minutes 10 seconds West along the Northerly line of Lot 16, a distance of 66.49 feet, thence run South 20 degrees 04 minutes 55 seconds West a distance of 97.15 feet, thence South 81 degrees 07 minutes 10 seconds East a distance of 120.74 ft to the Easterly line of Lot 15, thence run Northerly along said East line to the point of beginning. ALSO LESS that portion of Lot 15, Block 28, KATHRYN PARK ADDITION NUMBER ONE deeded to Seminole County, as described in Official Records Book 2585, Page 1932, Pubic Records of Seminole County, Florida.

3. This ORDER is entered for the sole purpose of allowing SUNTRUST BANK, its successors and/or assigns, to continue to prosecute and complete through judgment, sale, certificate of title and possession, a mortgage and foreclosure against the property described above. SUNTRUST BANK, its successors and/or assigns, shall not seek or obtain an in personam judgment against the Debtors.

DONE and ORDERED in Orlando, Florida, this 18th day of August, 2009

Karen S Jennemann
United States Bankruptcy Judge

**_COPIES FURNISHED TO:_**

*Joint Debtor,* **Annunziata Avallone,** 1588 S. Lyons Court, Oviedo, FL 32765;
*Trustee,* **Leigh R Meininger,** Post Office Box 1946, Orlando, FL 32802-1946;
*U.S. Trustee,* **United States Trustee - ORL7,** 135 W Central Blvd., Suite 620, Orlando, FL 32801;
*Debtor,* **Francesco Paul Avallone,** 1588 S. Lyons Court, Oviedo, FL 32765;
**Kevin E Mangum, Esq.,** Mangum & Associates PA, 5100 Highway 17-92, Suite 200, Casselberry, FL 32707 and
*Creditor, SunTrust Bank* c/o Carolyn S Crichton, Esq., Lewis & Crichotn, PO Box 1119, Winter Park, FL 32790.1119