UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

FRANCESCO PAUL AVALLONE                CHAPTER    7
ANNUNZIATA AVALLONE                     CASE NO.:  6:09-bk-08484-KSJ

Debtor.
_____/

**<u>ORDER GRANTING CHRYSLER FINANCIAL SERVICES AMERICAS, LLC  F/K/A DAIMLERCHRYSLER FINANCIAL SERVICES AMERICAS, LLC'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY
DOCKET #16 REGARDING A 2008 JEEP GRAND CHEROKEE VIN 1J8GS48K78C128938</u>**

**THIS CAUSE** came on for consideration of Chrysler Financial Services Americas, LLC f/k/a DaimlerChrysler Financial Services Americas, LLC's Motion for Relief from the Automatic Stay docket #16.  Neither the Debtor nor the Trustee opposes this Motion. Therefore, the Court deems the matter unopposed.  Accordingly, it is,

        **ORDERED, ADJUDGED and DECREED:**

        1.    That the Motion of CHRYSLER FINANCIAL SERVICES AMERICAS, LLC F/K/A DAIMLERCHRYSLER FINANCIAL SERVICES AMERICAS, LLC is GRANTED.

        2.    The automatic stay imposed by §362(a) of the Bankruptcy Code, is modified to permit of CHRYSLER FINANCIAL SERVICES AMERICAS, LLC F/K/A DAIMLERCHRYSLER FINANCIAL SERVICES AMERICAS, LLC to replevy or repossess the vehicle more particularly described as 2008 Jeep Grand Cherokee, VIN 1J8GS48K78C128938.

        3.    10- period will not be waived or reduced.

4. That this Order terminating automatic stay is entered for the sole purpose of allowing Movant to obtain the property or an *in rem* judgment against the property and that Movant shall not seek or obtain *in personam* relief against the Debtor.

DONE and ORDERED in Orlando, Florida, this 22nd day of September, 2009.

_____
The Honorable Karen S. Jennemann
United States Bankruptcy Judge

Submitted by:
Bert Echols, Esq., Hale Dewey & Knight, PLLC, 88 Union Ave., Ste 700, Memphis, TN 38103
Copies furnished to:
Francesco Paul Avallone & Annunziata Avallone, 1588 S. Lyons Court, Oviedo, FL 32765
Kevin E. Mangum, 5100 Highway 17-92, Suite 200, Casselberry, FL 32707
Trustee, Leigh R. Meininger, P.O. Box 1946, Orlando, FL 32801
United States Trustee-ORL7, 135 W. Central Blvd., Suite 620, Orlando, FL 32806