UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No. 6:09-bk-08484-KSJ

Chapter 7

| | |
|---|---|
| IN RE: | : |
| | : |
| Francesco Paul Avallone and | : |
| Annunziata Avallone | : |
| | : |
| Debtor(s). | : |
| _____ | : |

## AGREED ORDER GRANTING FLAGSTAR BANK, FSB'S
## MOTION FOR RELIEF FROM STAY AND ABANDONMENT

THIS CAUSE came on for consideration pursuant to the Agreed Motion By Flagstar Bank For Relief From Stay And Abandonment And Notice Of Opportunity To Object And For Hearing Re: 2700 N. Peninsula, No. 434, New Smyrna Beach, Florida 32169, Docket Number 23, filed by FLAGSTAR BANK, FSB, a secured creditor in the above-styled cause. The Court, having considered said Motion and having agreement of the Movant and Debtor(s), is of the opinion that it is appropriate to enter an Order on such Agreed Motion for Relief from Stay. It is therefore,

ORDERED, ADJUDGED AND DECREED as follows:

1. The Motion for Relief from the Automatic Stay is granted.

2. The Automatic Stay imposed by 11 U.S.C. § 362 is lifted as to Movant, and it may proceed with the foreclosure of its lien on the following property:

> Unit 434, Building "0", THE INLET AT NEW SMYRNA, a Condominium according to the Declaration of Condominium recorded in Official Records Book 3727, Page(s) 266 through 376, inclusive, of the Public Records of Volusia County, Florida

    2700 N. Peninsula No. 434, New Smyrna Beach, Florida 32169.

    3. Attorney's fees may not exceed $500.00.

    4. This Order is entered for the sole purpose of allowing Movant to obtain an *in rem* judgment against the property described above. Movant shall not seek an *in personam* judgment against Debtor(s).

    DONE and ORDERED in Orlando, Florida, this 26th day of October, 2009

_____
Karen S. Jennemann
United States Bankruptcy Judge

Copies furnished to:

Francesco Paul Avallone, 1588 S. Lyons Court, Oviedo, FL 32765

Annunziata Avallone, 1588 S. Lyons Court, Oviedo, FL 32765

Carolyn S. Crichton, Esquire, Lewis & Crichton, Post Office Box 1119, Winter Park, FL 32790

Bert Echols, Esquire, Hale, Dewey & Knight, P.L.L.C., 88 Union Avenue, Suite 700, Memphis, TN 38103

Kevin E. Mangum, Mangum & Associates, P.A., 5100 Highway 17-92, Suite 200, Casselberry, FL 32707

Lawrence M. Weisberg, Esquire, Steven B. Greenfield, P.A., 7000 W. Palmetto Park Road, Suite 402, Boca Raton, Florida 33433

Leigh R. Meininger, P. O. Box 1946, Orlando, FL 32802-1946

United States Trustee, 135 West Central Blvd., Suite 620, Orlando, FL 32801