UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO.: 09-08484-KSJ
CHAPTER 7 CASE

IN RE:

FRANCISCO PAUL AVALLONE
ANNUNZIATA AVALLONE

Debtors.
_____/

**NOTICE OF APPEARANCE REQUESTED TO BE PLACED
ON LOCAL RULES 1007-2 PARTIES IN THE INTEREST LIST**

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance as attorney for **BAC HOME LOANS SERVICING, L.P. F/K/A COUNTRYWIDE HOME LOANS SERVICING, L.P.**, secured creditor of the above styled Debtor(s).

Pursuant to the provisions of Local Rule 2002-1 (e), request is hereby made that the undersigned counsel be placed on the LOCAL RULE 1007-2 PARTIES IN INTEREST LIST and that copies of all notices, orders and other pleadings filed herein be served upon the undersigned.

I HEREBY CERTIFY that a true and correct copy of the Notice of Appearance was delivered to the addressees on the attached mailing list by First Class U. S. Mail postage pre-paid **and/or electronic mail** this _30_ day of October, 2009.

Law Offices of Marshall C. Watson, P.A.
1800 N.W. 49TH Street, Suite 120
Fort Lauderdale, FL 33309
Telephone: (954) 453-0365/1-800-441-2438
Facsimile: (954) 689-3517
Connie.delisser@marshallwatson.com

By:_____
Connie Delisser, Esq.
Bar Number: 50335

09-42073

**MAILING LIST:**

LEIGH R. MEININGER, TRUSTEE
P.O. BOX 1946
ORLANDO, FL 32802-1946

U.S. TRUSTEE
UNITED STATES TRUSTEE-ORL7
135 WEST CENTRAL BLVD, SUITE 620
ORLANDO, FL 32801

KEVIN E. MANGUM, ESQ.
MANGUM & ASSOCIATES, P.A.
5100 HIGHWAY 17-92
SUITE 200
CASSELBERRY, FL 32707

FRANCISCO PAUL AVALLONE
ANNUNZIATA AVALLONE
1588 S. LYONS COURT
OVIEDO, FL 32765

09-42073