**[6NOT02]** [Notice of Deficient Filing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                                    Case No. 6:09–bk–08484–KSJ
                                                                          Chapter 7

Francesco Paul Avallone
1588 S. Lyons Court
Oviedo, FL 32765


Annunziata Avallone
1588 S. Lyons Court
Oviedo, FL 32765


　　　　　Debtor(s)　　　　/


NOTICE OF DEFICIENT FILING

　　　THIS IS NOTICE that the pleading titled Amendment to Schedule F (Document No. 31 ) filed by Debtor on November 13, 2009 , is deficient for the following reason(s):

　　　The prescribed filing fee of $26.00 was not included per Local Rule 1009–1 and 28 U.S.C. Section 1930. Personal checks will not be accepted from debtors – only money orders or cashier's check made payable to Clerk, U.S. Bankruptcy Court. Do not send cash through the mail. Our address is 135 W. Central Boulevard, Suite 950, Orlando, FL 32801

PLEASE CURE THE ABOVE–STATED DEFICIENCY WITHIN 14 DAYS FROM THE DATE OF THIS NOTICE OR SANCTIONS MAY BE IMPOSED.

*A copy of this notice must accompany your amended pleading. (Note: This requirement does not apply to electronic filers.)*

　　　DATED on November 17, 2009 .


　　　　　　　　　　　　　　　　FOR THE COURT
　　　　　　　　　　　　　　　　Lee Ann Bennett, Clerk of Court
　　　　　　　　　　　　　　　　135 West Central Boulevard Suite 950
　　　　　　　　　　　　　　　　Orlando, FL 32801