**[6ltr17]** [Return Check Letter]

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

135 West Central Boulevard, Suite 950
Orlando, Florida 32801
Phone: (407) 648−6365

Lee Ann Bennett                                                            Raymond Waguespack
Clerk of Court                                                              Deputy−in−Charge

Date:  11/27/09                                              Re: Francesco and Annunziata
                                                                   Avallone

To:    Francesco and Annunziata Avallone               Case No: 6:09−bk−08484−KSJ
       1588 S. Lyons Court
       Oviedo, FL 32765


Enclosed are your payments in the amount of $ 26.00 . They are being returned for the following reason(s):

☐  It does not reflect the correct amount due. Please resubmit.

☐  The Court cannot accept a debtor's check. Please resubmit your payment by money order or cashier's check.

☐  Your check was received unsigned. Please sign and return to the Court.

☐  Please resubmit your check, made payable to: Clerk, United States Bankruptcy Court.

☐  There is no fee charged for this service.

☑  Fee paid by the Attorney


### PLEASE RETURN THIS FORM WITH YOUR RESPONSE

Maggie Moyet
Deputy Clerk